Samuel **WOLDESEMAIT,** Petitioner,

v.

Eric H. **HOLDER, Jr.,** Attorney General, Respondent.

No. 09–71434.

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2011.*

Filed March 24, 2011.

Saad Ahmad, Fremont, CA, for Petitioner.

James A. Hurley, OIL, DOJ–U.S. Department of Justice, Washington, DC,

Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Samuel Woldesemait, a native and citizen of Ethiopia, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen based on ineffective assistance of counsel. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Iturribarria v. INS,* 321 F.3d 889, 894 (9th Cir.2003), and we deny the petition for review.

The BIA did not abuse its discretion by denying Woldesemait's motion to reopen because the motion was filed more than 15 years after the BIA's February 7, 1994, order dismissing the underlying appeal, *see* 8 C.F.R. § 1003.2(c)(2), and Woldesemait failed to demonstrate that he acted with the due diligence required to warrant equitable tolling of the filing deadline, *see Iturribarria,* 321 F.3d at 897.

**PETITION FOR REVIEW DENIED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.